**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Residential Funding Corporation,
a Delaware corporation,

Civil File No. 00-1016 PAM/JGL

Plaintiff,

v.

Diversified Capital Corporation,
a Tennessee corporation,

Defendant.

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO FILE RESPONSIVE PLEADINGS OR MOTIONS**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant be permitted an extension up to and including August 31, 2000, to file a responsive pleading or motion in the above-entitled action.

Dated: 8/24/00

DORSEY & WHITNEY LLP

Paul J. Robbennolt (#240497)
Mitchell W. Granberg (#285687)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2600

ATTORNEYS FOR PLAINTIFF

Dated: 8-24-00

PARSINEN KAPLAN
ROSBERG & GOTLIEB P.A.

Joseph M. Sokolowski (#178366)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111

LOCAL COUNSEL TO DEFENDANT

FILED AUG 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

FARRIS MATHEWS BRANAN
BOBANGO & HELLEN, PLC

Robert F. Miller (#7797)
Mark E. Beutelschies (#14079)
One Commerce Square, Suite 2000
Memphis, TN 38103
Telephone (901) 259-7100

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant is granted an extension up to and including August 31, 2000 to file a responsive pleading or motion in the above entitled action.

BY THE COURT:

Dated: August 25, 2000

Paul A. Magnuson
United States District Court Judge