**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Residential Funding Corporation,
a Delaware corporation,

Civil File No. 00-1016 PAM/JGL

Plaintiff,

v.

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO FILE RESPONSIVE PLEADINGS OR MOTIONS**

Diversified Capital Corporation,
a Tennessee corporation,

Defendant.

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that, due to continued settlement discussions, the Defendant be permitted an extension up to and including September 22, 2000, to file a responsive pleading or motion in the above-entitled action.

Dated: 9-13-00

DORSEY & WHITNEY LLP

Paul J. Robbennolt (#240497)
Mitchell W. Granberg (#285687)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2600

ATTORNEYS FOR PLAINTIFF

Dated: 9-13-00

PARSINEN KAPLAN
ROSBERG & GOTLIEB P.A.

Joseph M. Sokolowski (#178366)
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111

LOCAL COUNSEL TO DEFENDANT

FILED SEP 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

FARRIS MATHEWS BRANAN
BOBANGO & HELLEN, PLC

Robert F. Miller (#7797)
Mark E. Beutelschies (#14079)
One Commerce Square, Suite 2000
Memphis, TN 38103
Telephone (901) 259-7100

ATTORNEYS FOR DEFENDANT

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant is granted an extension up to and including Sept. 22, 2000 to file a responsive pleading or motion in the above entitled action.

BY THE COURT:

Dated: September 13, 2000

Paul A. Magnuson
United States District Court Judge