UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Residential Funding Corp.

Plaintiff,

v.

Diversified Capital Corp.

Defendant.

CIVIL 00-1016 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above captioned case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: November 13, 2000

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

FILED NOV 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________