IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Residential Funding Corporation, a Delaware corporation, Plaintiff, | Civil File No. 00-1016 PAM/JGL |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Diversified Capital Corporation, a Tennessee corporation, Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed with prejudice and without costs or disbursements to any of the parties.

Dated: 1/14, 2001.

DORSEY & WHITNEY LLP

Paul J. Robbennolt

Paul J. Robbennolt (#240497)
Mitchell W. Granberg (#0285687)
220 South Sixth Street, Ste. 1300
Minneapolis, MN 55402
Telephone: (612) 340-2864

Attorneys for Plaintiff Residential Funding Corp.

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 1-2-01

FARRIS MATHEWS BRANAN
BOBANGO & HELLEN PLC

Mark E. Beutelschies
530 Oak Court Drive, Suite 345
Memphis, TN 38117
(901) 762-0530

Attorneys for Defendant Diversified Capital Corporation

Dated: 1-11-01

PARSINEN KAPLAN ROSBERG &
GOTLIEB P.A.

Joseph M. Sokolowski
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
(612) 333-2111

Attorneys for Defendant Diversified Capital Corporation

**ORDER**

Based upon the Stipulation set forth above,

**IT IS HEREBY ORDERED** that the above-captioned is hereby dismissed with prejudice and without costs to any party.

Dated: Jan 16, 2001.

The Honorable Paul A. Magnuson
United States District Court